ACCEPTED
04-15-00120-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/12/2015 3:11:01 PM
KEITH HOTTLE
CLERK

NO. 04-15-00120-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/12/15 3:11:01 PM
KEITH E. HOTTLE
Clerk

IN THE FOURTH COURT OF APPEALS
OF THE STATE OF TEXAS

UNIVERSITY OF THE INCARNATE WORD,

Defendant – Appellant,

V.

VALERIE REDUS, ET AL.,

Plaintiffs – Appellees.

APPEAL FROM 150TH JUDICIAL DISTRICT COURT
OF BEXAR COUNTY, TEXAS

APPELLANT'S ADVISORY REGARDING
NEW LEGAL AUTHORITY RELEVANT TO THE APPEAL

TO THE HONORABLE COURT OF APPEALS:

Appellant, University of the Incarnate Word ("**UIW**"), Defendant in the underlying cause of action, respectfully files this Advisory to apprise the Court of a new 1st Court of Appeals decision relevant to Appellant's Interlocutory Appeal and the Motion to Dismiss filed by Appellee. In support thereof, UIW would show this Court:

Attached as Exhibit #1 is the Opinion of the Court of Appeals of Texas, First District, Houston, issued June 4, 2015 in the matter of *William Marsh Rice Univ. v. Thomas*, No. 01-14-00908-CV, 2015 Tex. App. LEXIS 5661 (Tex. App. — Houston [1st Dist.] 2015).

PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant UIW respectfully asks the Court to Grant its Plea to the Jurisdiction and Motion to Dismiss, and dismiss all claims and causes of action pleaded by Plaintiffs against UIW and Cpl. Carter and for such other legal and equitable relief to which Appellant may be entitled.

Respectfully submitted,

**BEIRNE, MAYNARD & PARSONS, L.L.P.**
The Weston Centre
112 East Pecan Street, Suite 2750
San Antonio, TX 78205
(210) 582-0220 - Telephone
210) 582-0231 – Facsimile


By:   /s/ *Laurence S. Kurth*
        Laurence S. Kurth
        State Bar No. 11768450
        E-mail – lkurth@bmpllp.com
        Matthew F. Wymer
        State Bar No. 24005234
        E-mail – mwymer@bmpllp.com

**ATTORNEYS FOR DEFENDANT THE**
**UNIVERSITY OF THE INCARNATE WORD**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record in accordance with the Texas Rules of Civil Procedure this 12th day of June, 2015:

Brent C. Perry
Law Office of Brent C. Perry, PC
800 Commerce Street
Houston, TX 77002
brentperry@brentperrylaw.com

Mason W. Herring
Herring Law Firm
4640 Banning Drive
Houston, TX 77027
mherring@herringlawfirm.com

Jorge Herrera
Herrera Law Firm
111 Soledad, Suite 1900
San Antonio, TX 78205
jherrera@herreralaw.com

Robert A. Valadez
Javier T. Duran
Shelton & Valadez
600 Navarro Street, Suite 500
San Antonio, TX 78205
rvaladez@shelton-valadez.com
jduran@shelton-valadez.com

/s/ *Laurence S. Kurth*
Laurence S. Kurth